**The COLE NURSERY COMPANY, Appellant, v. YOUDATH PERENNIAL GARDENS, Inc., John A. Youdath and Mary (Mrs. John A.) Youdath, Appellees.**

No. 7706.

Circuit Court of Appeals, Sixth Circuit.
Jan. 11, 1939.

Fay, Oberlin & Fay, of Cleveland, Ohio, for appellant.

Gardner & Spilka, of Cleveland, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon stipulation of the parties and the showing therein made that this cause has become moot, by reason of settlement out of court, it is hereby ordered: (1) That the appeal in this cause, D.C., 17 F.Supp. 159, be dismissed without costs to either party; (2) that the appeal bond executed by appellant and sureties be cancelled and the liability of the obligors discharged; and (3) that an order in accordance with the foregoing may be forthwith entered herein and in the District Court from which said appeal was taken.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. W. C. SMITH, Better Known as William C. Smith, Respondent.**

No. 7727.

Circuit Court of Appeals, Sixth Circuit.
Jan. 16, 1939.

James W. Morris, of Washington, D. C., for petitioner.

L. F. Loux and Joseph Schlitz, both of Cleveland, Ohio, for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

The order of the Board of Tax Appeals entered November 25, 1936, and which petitioner, Commissioner of Internal Revenue, seeks to have reviewed, is affirmed upon the grounds and for the reasons stated in the memorandum opinion of the Board filed October 13, 1936.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Robert A. TAFT, Trustee under Last Will and Testament of Charles Phelps Taft, Deceased, Respondent.**

No. 7591.

Circuit Court of Appeals, Sixth Circuit.
Jan. 10, 1939.

James W. Morris, of Washington, D. C., for petitioner.

Taft, Stettinius & Hollister, of Cincinnati, Ohio, for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

The order of the Board of Tax Appeals is affirmed upon the authority of Williamson v. Commissioner, and Commissioner v. Williamson, 6 Cir., 100 F.2d 735, decided December 15, 1938.